(121 So. 693)
George W. SMITH v. STATE. (3 Div. 887.)

Supreme Court of Alabama. April 11, 1929.

Hamilton & Caffey, of Brewton, and D. M. Powell, of Greenville, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J. Petition of George W. Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 121 So. 692.

Writ denied, on authority of Tanner v. State (Ala. App.) 121 So. 423.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.